UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PDV HOLDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:20-cv-03621 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PDV HOLDING, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties (ECF No. 8), Defendant PDV Holding, Inc. files this certificate of interested parties. PDV Holding, Inc. certifies that the following persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities have a financial interest in the outcome of this litigation. The names of any corporation whose securities are publicly traded are underlined.

1. PDV Holding, Inc.;
2. CITGO Holding, Inc.;
3. CITGO Petroleum Corporation; and
4. The United States of America.

PDV Holding, Inc. is not a parent, subsidiary or other affiliate of a publicly owned corporation.

Dated:  November 5, 2020

Respectfully submitted,

JONES DAY

/s/ James A. Reeder, Jr.
James A. Reeder, Jr.
Attorney-in-Charge
SDTX Ad ID No. 012381
TX Bar No. 16695010
Email:  jareeder@jonesday.com
Elizabeth Scofield
SDTX Ad ID No. 2227083
TX Bar No. 24079555
Email:  escofield@jonesday.com
717 Texas, Suite 3300
Houston, TX 77002
Telephone:  832-239-3939
Facsimile:  832-239-3600

George Benson
(*admitted pro hac vice*)
Email:  gbenson@mwe.com
Andrew Roberson
(*admitted pro hac vice*)
Email:  aroberson@mwe.com
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone:  312-372-2000
Facsimile:  312-984-7700

*Counsel for Plaintiff PDV Holding, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of November, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

/s/ James A. Reeder, Jr.
James A. Reeder, Jr.