# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PDV HOLDING, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:20-cv-03621 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) ) | |

## STATUS REPORT

Pursuant to the Court's order dated January 19, 2021 (ECF No. 21), Plaintiff PDV Holding, Inc., submits the following status report on behalf of the parties:

1. Proceedings in this case are currently stayed.

2. The Court's January 19, 2021, order granting the stay instructed the parties to "report back to this Court within fourteen days of a further substantive decision in [*SOPC Holdings West LLC, the Tax Matters Partner of Equilon Enterprises LLC v. United States*, Civil Action No. 4:18-cv-00374, U.S. District Court Southern District of Texas, Houston Division], or [*Exxon Mobil Corp. v. United States*, No. 3:16-CV-2921 (N.D. Tex. 2016)], to advice that Court how the parties would recommend proceeding." ECF No. 21.

3. Among other unrelated issues, *Exxon Mobil Corp.*, addresses the same issue of statutory interpretation at the core of this case. On August 3, 2022, the Fifth Circuit entered Judgment in *Exxon Mobil Corp.*, affirming the judgment of the district court.

4. The periods for filing petitions for rehearing and for writ of certiorari have not expired.

5. The parties recommend that they file a further status report no later than fourteen days after a final decision is entered in *Exxon* and advise the Court as to how the parties recommend proceeding.

6. Counsel for the defendant has authorized plaintiff to represent that defendant concurs with the forgoing.

Dated: August 17, 2022

Respectfully submitted,

JONES DAY

*/s/ James A. Reeder, Jr.*
James A. Reeder, Jr.
Attorney-in-Charge
SDTX Ad ID No. 012381
TX Bar No. 16695010
Email: jareeder@jonesday.com
717 Texas, Suite 3300
Houston, TX 77002
Telephone: 832-239-3939
Facsimile: 832-239-3600

George Benson
(*admitted pro hac vice*)
Email: gbenson@mwe.com
Andrew Roberson
(*admitted pro hac vice*)
Email: aroberson@mwe.com
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: 312-372-2000
Facsimile: 312-984-7700

*Counsel for Plaintiff PDV Holding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record through ECF system on August 17, 2022.

    CURTIS C. SMITH
    Trial Attorney, Tax Division
    State Bar No. AZ 026374
    U.S. Department of Justice
    717 N. Harwood Street, Suite 400
    Dallas, Texas 75201
    Telephone: (214) 880-9734
    Facsimile: (214) 880-9741
    E-mail: curtis.c.smith@usdoj.gov

    KARI M. LARSON
    Senior Litigation Counsel
    Tax Division
    U.S. Department of Justice
    P.O. Box 403
    Washington, D.C. 20044
    Telephone: 202-626-3822
    Facsimile: 202-307-2504
    E-mail: Kari.M.Larson@usdoj.gov

                                            */s/ James A. Reeder, Jr.*
                                              James A. Reeder, Jr.